UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7488

WAYNE THOMAS JOHNSON,

Plaintiff - Appellant,

versus

NORTH CAROLINA PRISONER LEGAL SERVICES, INCOR-
PORATED; NORTH CAROLINA DEPARTMENT OF CORREC-
TIONS, Board Members,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh.  Malcolm J. Howard, District
Judge.  (CA-01-508-CT)

Submitted:  December 20, 2001      Decided:  January 11, 2002

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wayne Thomas Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wayne T. Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Johnson v. North Carolina Prisoner Legal Servs., Inc., No. CA-01-508-CT (E.D.N.C. Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED